## THE PEOPLE v. FRANK B. WESTBROOK.

94  629
100  521

*Criminal law—Complaint—Witness—Competency of wife.*

A wife cannot make a complaint against her husband for an indecent assault upon the person of his daughter, nor is she a competent witness against him on his trial for said offense; citing *People v. Quanstrom*, 93 Mich. 254.

Exceptions before judgment from Saginaw. (Gage, J.) Submitted on briefs February 1, 1893. Decided February 17, 1893.

Respondent was convicted of making an indecent assault upon the person of his daughter, a girl of nine years of age. Conviction set aside, and respondent discharged. The facts are stated in the opinion.

*W. C. Gallagher,* for respondent.

*A. A. Ellis,* Attorney General, *William R. Kendrick,* Prosecuting Attorney, and *Albert Trask,* Assistant Prosecuting Attorney, for the people.

HOOKER, C. J. Defendant was convicted of an indecent assault upon the person of his daughter, a girl of nine years of age.

The warrant was based upon a written complaint made by defendant's wife, who was also allowed to testify against him at the trial, upon the part of the people, without his consent.

The case falls within the principles laid down in the case of *People v. Quanstrom*, 93 Mich. 254, where a complaint for bigamy made by a wife against her husband was held insufficient.

The conviction will be set aside, and the defendant discharged.

The other Justices concurred.